UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2710-GW-MARx | Date | August 27, 2022 |
|---|---|---|---|
| Title | *Yong Hee Chung v. Tate & Kirlin Associates, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On August 25, 2022, Plaintiff Yong Hee Chung filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by November 8, 2022. The Court now sets an order to show re: settlement hearing for November 10, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 9, 2022.

:

Initials of Preparer   JG